**Order entered September 29, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01168-CV

## IN RE CHARLES HENSLEY MITCHELL, JR., Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-15-00748**

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/    DAVID EVANS
       JUSTICE